United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-17264-amc
Denise C. Russell                                                       Chapter 13
Steven Russell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 2         Date Rcvd: Oct 26, 2016
                            Form ID: 309I          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
```
db/jdb         +Denise C. Russell,   Steven Russell,   9 Florence Avenue,   Lansdowne, PA 19050-1604
aty            +MICHAEL A. CATALDO2,   Cibik & Cataldo, P.C.,   1500 Walnut Street,   Suite 900,
                 Philadelphia, PA 19102-3518
13809079       +CREDIT ACCEPTANCE,   25505 W. 12 MILE RD. SUITE #3000,   SOUTHFIELD, MI 48034-8331
13807801       +Central Credit/Penn Cr,   Attn:Bankruptcy,   PO Box 988,   Harrisburg, PA 17108-0988
13807803       +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13807802       +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102,
                 ccpc@ccpclaw.com 19102-3518
13807808       +Delaware County Memorial Hospital,   501 N LansdownweAve,   Drexel Hill, Pa 19026-1191
13807809       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13807810       +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13807811        Express Scripts,   P.O. Box 790227,   Saint Louis, MO 63179-0227
13807815       +KML Law Group,   701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
13807819      #+NCO Financial,   PO Box15740,   Wilmington, DE 19850-5740
13807820        PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13809121       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13807821       +Penn Credit,   Attn:Bankruptcy,   PO Box 988,   Harrisburg, PA 17108-0988
13807822       +Pinnacle Recovery, Inc.,   P.O. Box 130848,   Carlsbad, CA 92013-0848
13807824       +Pulmonary Assoc.,   2100 Keystone Ave.,   Suite 309,   Drexel Hill, PA 19026-1127
13807828       +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@ccpclaw.com Oct 27 2016 01:58:57     MICHAEL A. CIBIK2,
                 Cibik & Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA  19102
tr             +E-mail/Text: notice@ph13trustee.com Oct 27 2016 02:00:42     WILLIAM C. MILLER,
                 Chapter 13 Trustee,   1234 Market Street,   Suite 1813,   Philadelphia, PA 19107-3704
smg             E-mail/Text: bankruptcy@phila.gov Oct 27 2016 02:00:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 27 2016 01:59:36
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 27 2016 01:59:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 27 2016 01:59:38     United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13807799       +EDI: AFNIRECOVERY.COM Oct 27 2016 01:28:00      Afni, Inc.,   Attn: Bankruptcy,   PO Box 3097,
                 Bloomington, IL 61702-3097
13807800        E-mail/Text: kellyp@ccpdocs.com Oct 27 2016 02:00:27     Cardiology Consultants,
                 207 North Broad Street, 3rd Floor,   Philadelphia, PA 19107-1500
13807804       +E-mail/Text: bankruptcy@phila.gov Oct 27 2016 02:00:19     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102-1611
13807805       +E-mail/Text: bankruptcy@phila.gov Oct 27 2016 02:00:19     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
13807806       +EDI: WFNNB.COM Oct 27 2016 01:28:00      Comenity Bank/New York & Company,
                 Attention: Bankruptcy,   P.O. Box 182686,   Columbus, OH 43218-2686
13807813        EDI: IRS.COM Oct 27 2016 01:28:00      I.R.S.,   P.O. Box 7346,   Philadelphia, PA  19101-7346
13807817       +E-mail/Text: camanagement@mtb.com Oct 27 2016 01:59:13     M and T Mortgage,   PO Box 767,
                 Buffalo, NY 14240-0767
13807816        E-mail/Text: camanagement@mtb.com Oct 27 2016 01:59:13     M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,   Williamsville, NY 14221
13807818       +EDI: MID8.COM Oct 27 2016 01:28:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
13812702        EDI: AGFINANCE.COM Oct 27 2016 01:28:00      ONEMAIN FINANCIAL,   PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
13807823       +E-mail/Text: slafortune@platinumholdingsllc.com Oct 27 2016 01:59:44
                 Premium Asset Services, LLC,   2414 S. Fairview Street, Suite 210,   Santa Ana, CA 92704-5318
13813387        EDI: Q3G.COM Oct 27 2016 01:28:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
13807825        EDI: AGFINANCE.COM Oct 27 2016 01:28:00      Springleaf Financial S,   Po Box 3251,
                 Evansville, IN 47731
13807826       +E-mail/Text: REV_Bankruptcy_General@state.de.us Oct 27 2016 01:59:39     State of Delaware,
                 Division of Revenue,   Department of Finance,   PO Box 8763,   Wilmington, DE 19899-8763
13807827       +EDI: RMSC.COM Oct 27 2016 01:28:00      Syncb/lord & Tay,   Po Box 965015,
                 Orlando, FL 32896-5015
                                                                                               TOTAL: 21
```

```
District/off: 0313-2           User: dlv                  Page 2 of 2                   Date Rcvd: Oct 26, 2016
                               Form ID: 309I              Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13807812         First Premier Bank
13807814*        I.R.S.,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13807807     ##+Credit Solutions Corp,   5454 Ruffin Rd Suite 200,   San Diego, CA 92123-1313
                                                                                              TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
              MICHAEL A. CATALDO2   on behalf of Plaintiff Denise  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2   on behalf of Joint Debtor Steven  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2   on behalf of Plaintiff Steven  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2   on behalf of Debtor Denise C. Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2   on behalf of Joint Debtor Steven  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2   on behalf of Debtor Denise C. Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                         TOTAL: 8
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Denise C. Russell** | Social Security number or ITIN | **xxx–xx–5420** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Steven Russell** | Social Security number or ITIN | **xxx–xx–5452** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter 13 | **10/13/16** |
| Case number: | **16–17264–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Denise C. Russell | Steven Russell |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9 Florence Avenue<br>Lansdowne, PA 19050 | 9 Florence Avenue<br>Lansdowne, PA 19050 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br>Email:  ecf@ccpclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br>Date: 10/26/16 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 7, 2016 at 9:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/5/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/7/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/11/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 700.00 per month for 60 months. The hearing on confirmation will be held on:<br>**1/3/17** at **10:00 AM**, Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |