**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                        :          CHAPTER 13

Denise Russell
Steven Russell

         DEBTOR                               :          BKY. NO.   16-17264AMC

**CERTIFICATION OF NO ANSWER,
OBJECTION, OR OTHER RESPONSIVE PLEADING**

1.      That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION EXTEND AUTOMATIC STAY BEYOND 30 DAYS was served to all interested parties via Electronic Means or Via Regular Mail.

2.      That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

         WHEREFORE, the undersigned respectfully requests an Order be entered.

                              Respectfully submitted,

DATE:   November 2, 2016          _____/s/_____
                                  MICHAEL A. CATALDO
                                  CIBIK & CATALDO, P.C.
                                  1500 WALNUT STREET, STE. 900
                                  PHILADELPHIA, PA 19102
                                  (215) 735-1060