**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                    :        CHAPTER 13

Denise Russell
Steven Russell

      DEBTOR                              :        BKY. NO.   16-17264AMC

## ORDER

AND NOW upon consideration of the Debtors' Motion to Extend the Automatic Stay under 11 U.S.C. §362 (c)(3)(B) ("the Motion") and there being no opposition to the motion,

It is hereby **ORDERED** that:

1. The Motion is Granted.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date: 11/8/16

By the Court:

Hon. Ashely M. Chan
U.S. Bankruptcy Judge

cc:   Michael A. Cataldo, Esquire
      Cibik & Cataldo, P.C.
      1500 Walnut Street, Ste. 900
      Philadelphia, PA 19102

      William C. Miller, Esquire
      Chapter 13 Trustee
      P.O. Box 1229
      Philadelphia, PA 19106-0119