**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| DENISE C. RUSSELL     AND, | : CASE NO. 16-17264 AMC |
| STEVEN RUSSELL | |
| | : |
| _____ DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : OBJECTION TO PLAN |
| OF REVENUE, | : |
| | : |
| MOVANT | : |
| | : HEARING DATE AND TIME |
| V. | : |
| | : |
| DENISE C. RUSSELL     AND, | : |
| STEVEN RUSSELL | |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 27 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF
REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading

Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on March 9,

2017, by:

**16-17264 AMC Notice will be electronically mailed to:**


Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ha.ecf@usdoj.gov

Denise Elizabeth Carlon at bkgroup@kmllawgroup.com

Michael A. Cataldo2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Michael a. cibik2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Joshua Isaac Goldman at bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Thomas I. Puleo at tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

**16-17264 AMC Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA  23541


EXECUTED ON:  March 9, 2017

                                    Respectfully submitted by,


                          By:    /s/ Jim Peavler
                                 Counsel
                                 PA Department of Revenue
                                 Office of Chief Counsel
                                 Dept. 281061
                                 Harrisburg, PA 17128-1061
                                 PA I.D.  320663
                                 Phone:  717-787-2747
                                 Facsimile:  717-772-1459
                                 jpeavler@pa.gov