# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| DENISE C. RUSSELL and | : CASE NO. 16-17264 |
| STEVEN RUSSELL | : |
| | : |
| DEBTORS | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : WITHDRAWAL OF OBJECTION |
| OF REVENUE, | : |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| DENISE C. RUSSELL and | : |
| STEVEN RUSSELL | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 27 |

## WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and withdraws its Objection to Debtor's Chapter 13 Plans, which was filed on March 7, 2017, as the Debtor has cured all issues with the filing of their 1st Modified Plan and filing of all missing tax returns.

Dated: August 14, 2017                                  Respectfully submitted by,

/s/  Jim Peavler
Jim Peavler
Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 320663
Phone: 717-787-2747
Facsimile: 717-772-1459