IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| DENISE C. and STEVEN RUSSELL | : 16-17264AMC |
| DEBTORS | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME |
| MOVANT | : |
| V. | : |
| DENISE C. and STEVEN RUSSELL | : |
| RESPONDENT | : RELATED TO DOCKET NO. 39 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S WITHDRAW OF OBJECTION

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading of Pennsylvania Department of Revenue's withdraw of Objection, on the parties at the below addresses, on August 14, 2017 by:

**16-17264AMC Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@pa.gov; RA-occbankruptcy6@pa.gov

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Denise E. Carlon at bkgroup@kmllawgroup.com

Michael A. Cataldo2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Michael A. Cibik2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Joshua .I Goldman at bkgroup@kmllawgroup.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmal.com

Thomas I. Puleo at bkgroup@kmllawgroup.com, tpuleo@kmllawgroup.com

**16-17264AMC Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41067
Norfolk, VA 23541

EXECUTED ON: August 14, 2017

                                      Respectfully submitted by,

By:   /s/ Jim Peavler
        Counsel
        Office of Chief Counsel
        PA Department of Revenue
        Office of Chief Counsel
        PO Box 281061
        Harrisburg, PA 17128-1061
        Attorney I.D. 320663
        (717) 787-2747
        Facsimile (717) 772-1459
        jpeavler@pa.gov