## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Steven Russell<br>          Denise C. Russell<br>                              Debtors | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>                              Movant<br>              vs.<br>Steven Russell<br>Denise C. Russell<br>                              Debtors | NO. 16-17264 AMC |
| William C. Miller Esq.<br>                              Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **August 14, 2017**.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
rsolarz@kmllawgrup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

October 9, 2017