# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-17264-AMC

DENISE C. RUSSELL
STEVEN RUSSELL
9 FLORENCE AVENUE

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DENISE C. RUSSELL
    STEVEN RUSSELL
    9 FLORENCE AVENUE

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

/S/ William C. Miller
_____

Date: 11/17/2017

William C. Miller, Esquire
Chapter 13 Standing Trustee