United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Denise C. Russell  
Steven Russell  
      Debtors

Case No. 16-17264-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Dec 19, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.  
db/jdb       +Denise C. Russell,    Steven Russell,    9 Florence Avenue,    Lansdowne, PA 19050-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2017 at the address(es) listed below:

        DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2    on behalf of Debtor Denise C. Russell ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2    on behalf of Plaintiff Denise Russell ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2    on behalf of Joint Debtor Steven Russell ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CATALDO2    on behalf of Plaintiff Steven Russell ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Joint Debtor Steven Russell ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2    on behalf of Debtor Denise C. Russell ecf@ccpclaw.com, igotnotices@ccpclaw.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
        THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                            TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DENISE & STEVEN RUSSELL,<br>Debtor(s). | Case No. 16-17264AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

AND NOW, this __19th__ day of __December__, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$5,000.00** are approved and the balance due to counsel in the amount of **$4,500.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

DENISE & STEVEN RUSSELL
Debtor(s)
9 Florence Avenue
Lansdowne, PA  19050