**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            :        CHAPTER 13

Denise & Steven Russell
   DEBTOR               :        BKY. NO.  16-17264AMC13

**ORDER**

AND NOW, this 13th day of March 2018, upon consideration of Debtor's Motion to Modify Chapter 13 plan after Confirmation

It is hereby Ordered that the motion is Granted and the *Third modified plan* filed February 7, 2018 as document number 4 is approved.

         By the Court:

         _____
         Hon. Ashely M. Chan
         U.S. BANKRUPTCY JUDGE

cc:     Michael A. Cataldo, Esquire
        Cibik & Cataldo, P.C.
        1500 Walnut Street, Ste. 900
        Philadelphia, PA  19102

        William C. Miller, Esquire
        Chapter 13 Trustee
        PO Box 1229
        Philadelphia, PA 19105