**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Denise C. Russell | | |
| Steven Russell | | |
| DEBTOR | : | BKY. NO. 16-17264AMC13 |

**CERTIFICATION OF NO RESPONSE**

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Supplemental Application and Supplemental Application to Approve Counsel Fees.

Respectfully Submitted,

Date:  March 19, 2018        _____s/_____
MICHAEL A. CATALDO, ESQUIRE
CIBIK & CATALDO, P.C.
1500 WALNUT STREET, STE. 900
PHILADELPHIA, PA  19102
(215) 735-1060