**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Denise C. Russell
Steven Russell

(DEBTOR) : Bankruptcy No. 16-17264AMC13

**O RD ER**

AND NOW, this 23rd day of March, 2018 upon consideration of Debtor's Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2.

It is Ordered that Fees in the amount of $600 are Approved to Cibik & Cataldo, P.C. in relation to services rendered in resolving a motion for relief and for modifying the plan pursuant to the stipulation resolving the motion.

Upon approval of the motion to modify, the trustee shall pay counsel's administrative priority fees in accordance with the 3rd amended plan.

By the Court:

_____
Ashely M. Chan
U.S. Bankruptcy Judge

cc: Michael A. Cataldo, Esquire

Cibik & Cataldo, P.C.
1500 Walnut Street, Ste. 900
Philadelphia, PA   19102

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119