United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-17264-amc
Denise C. Russell                                               Chapter 13
Steven Russell
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW            Page 1 of 2             Date Rcvd: Sep 11, 2018
                              Form ID: pdf900           Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
```
db             +Denise C. Russell,    9 Florence Avenue,    Lansdowne, PA 19050-1604
jdb           #+Steven Russell,    9 Florence Avenue,    Lansdowne, PA 19050-1604
13809079       +CREDIT ACCEPTANCE,    25505 W. 12 MILE RD. SUITE #3000,    SOUTHFIELD, MI 48034-8331
13807800        Cardiology Consultants,    207 North Broad Street, 3rd Floor,    Philadelphia, PA 19107-1500
13807801       +Central Credit/Penn Cr,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13807807       +Credit Solutions Corp,    5454 Ruffin Rd Suite 200,    San Diego, CA 92123-1313
13807808       +Delaware County Memorial Hospital,    501 N LansdownweAve,    Drexel Hill, Pa 19026-1114
13807809       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13807810       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13807811        Express Scripts,    P.O. Box 790227,    Saint Louis, MO 63179-0227
13807815       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13807820        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13807821       +Penn Credit,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
13807824       +Pulmonary Assoc.,    2100 Keystone Ave.,    Suite 309,    Drexel Hill, PA 19026-1127
13807828       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 12 2018 02:05:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2018 02:05:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:04:16
                 PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13807799       +E-mail/Text: EBNProcessing@afni.com Sep 12 2018 02:05:09     Afni, Inc.,    Attn: Bankruptcy,
                 PO Box 3097,    Bloomington, IL 61702-3097
13807804        E-mail/Text: megan.harper@phila.gov Sep 12 2018 02:05:17     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13807805        E-mail/Text: megan.harper@phila.gov Sep 12 2018 02:05:17     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13807802       +E-mail/Text: ecf@ccpclaw.com Sep 12 2018 02:04:54     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3518
13807803       +E-mail/Text: ecf@ccpclaw.com Sep 12 2018 02:04:53     Cibik and Cataldo, P.C.,
                 1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13807806       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 02:04:58
                 Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
13807813        E-mail/Text: cio.bncmail@irs.gov Sep 12 2018 02:04:56     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA  19101-7346
13807817       +E-mail/Text: camanagement@mtb.com Sep 12 2018 02:04:57     M and T Mortgage,    PO Box 767,
                 Buffalo, NY 14240-0767
13807816        E-mail/Text: camanagement@mtb.com Sep 12 2018 02:04:57     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
13820984        E-mail/Text: camanagement@mtb.com Sep 12 2018 02:04:57     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13807818       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2018 02:05:05     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13807819       +E-mail/Text: bankruptcydepartment@tsico.com Sep 12 2018 02:05:21     NCO Financial,
                 PO Box15740,    Wilmington, DE 19850-5740
13812702        E-mail/PDF: cbp@onemainfinancial.com Sep 12 2018 02:04:38     ONEMAIN FINANCIAL,    PO BOX 3251,
                 EVANSVILLE, IN 47731-3251
13830687       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 12 2018 02:04:56     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13861235        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:03:53
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13809121       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2018 02:04:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13856948        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:05:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
13807822       +E-mail/Text: bankruptcy@pinnaclerecovery.com Sep 12 2018 02:05:24     Pinnacle Recovery, Inc.,
                 P.O. Box 130848,    Carlsbad, CA 92013-0848
13807823       +E-mail/Text: slafortune@platinumholdingsllc.com Sep 12 2018 02:05:09
                 Premium Asset Services, LLC,    2414 S. Fairview Street, Suite 210,    Santa Ana, CA 92704-5318
13813387        E-mail/Text: bnc-quantum@quantum3group.com Sep 12 2018 02:04:59
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13807825        E-mail/PDF: cbp@onemainfinancial.com Sep 12 2018 02:04:39     Springleaf Financial S,
                 Po Box 3251,    Evansville, IN 47731
13807826       +E-mail/Text: REV_Bankruptcy_General@state.de.us Sep 12 2018 02:05:06     State of Delaware,
                 Division of Revenue,    Department of Finance,    PO Box 8763,    Wilmington, DE 19899-8763
```

```
District/off: 0313-2          User: ChrissyW               Page 2 of 2                   Date Rcvd: Sep 11, 2018
                              Form ID: pdf900              Total Noticed: 42

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13896996        +E-mail/Text: REV_Bankruptcy_General@state.de.us Sep 12 2018 02:05:06
                  State of Delaware Division of Revenue,    Zillah A. Frampton,    PO BOX 8763,
                  Wilmington DE 19899-8763
13807827        +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 02:04:16      Syncb/lord & Tay,    Po Box 965015,
                  Orlando, FL 32896-5015
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13807812          First Premier Bank
smg*              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                   Harrisburg, PA 17128-0946
13807814*         I.R.S.,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JIM PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Denise  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Steven  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Plaintiff Steven  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Denise C. Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Steven  Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Denise C. Russell ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DENISE C. RUSSELL                              Chapter 13
STEVEN RUSSELL

                Debtor                Bankruptcy No. 16-17264-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

    **AND NOW**, this ___11th___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
DENISE C. RUSSELL
STEVEN RUSSELL
9 FLORENCE AVENUE

LANSDOWNE, PA 19050